**Order entered August 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00567-CV

## DARLENE C. AMRHEIN, Appellant

## V.

## ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02654-2017**

## ORDER
**Before the Court En Banc[1]**

Before the Court is appellant's August 21, 2019 motion to recuse Justice Partida-Kipness.

Appellant's motion is **DENIED**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1]     Justice Partida-Kipness has declined to recuse herself in this appeal. The matter was then certified to the remaining Justices of the Court. The motion was decided by the remaining Justices of the Court sitting en banc. *See* TEX. R. APP. P. 16.3(b).